## Gus HNARAKIS, Plaintiff–Appellant,

### v.

## FEDERAL BUREAU OF INVESTIGATION, CALVERTON OFFICE, Defendant–Appellee.

### No. 04–1820.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 21, 2004.

Gus Hnarakis, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gus Hnarakis appeals the district court's order dismissing his civil suit as frivolous under Fed.R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hnarakis v. FBI,* No. CA–04–1687–AW (D. Md. filed June 10, 2004 & entered June 14, 2004). We deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*